UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                          CASE NO. 07-41484-TJT

Baron Fitzgerald White                     CHAPTER 13 PROCEEDINGS
                                           HON. THOMAS J. TUCKER

_____ Debtor _____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court
pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| BARON FITZGERALD WHITE<br>1431 WEST EUCLID AVE<br>DETROIT, MI 48206-0000<br>SSN: XXX-XX-5141 | N/A | N/A | DEBTOR REFUND | 1328414 | 12/22/10 | $ 484.62 |

DATED: January 05, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0741484 00000 017414 1328414
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 12/22/2010                                                                    Check No: 1328414
Payee: CLERK OF US BANKRUPTCY COURT

| 0741484 | Baron Fitzgerald White | | | 484.62 | 0.00 | 484.62 |
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79
611

**CHECK NO. 1328414**
SunTrust Bank

**FOR** Baron Fitzgerald White
BK:0741484 ACCT:
PRIN: 484.62 INT: 0.00

**DATE Dec 22, 2010**
**AMOUNT**
********484.62

**PAY** 484.62
FOUR DIGIT FOUR PERIOD SIX TWO
Four Hundred Eighty-Four And 62 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $484.62
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

IN THE MATTER OF:

Baron Fitzgerald White

CASE NO. 07-41484-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

_____ Debtor _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**THAV & RYKE PLLC**
**29200 NORTHWESTERN HWY #155**
**SOUTHFIELD, MI 48034**

**Last Known Address for Debtor:**

**BARON FITZGERALD WHITE**
**1431 WEST EUCLID AVE**
**DETROIT, MI 48206**

DATED: January 05, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226