UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Baron Fitzgerald White

CASE NO. 07-41484-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

_____ Debtor _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| BARON FITZGERALD WHITE<br>1431 WEST EUCLID AVE<br>DETROIT, MI 48206-0000<br>SSN: XXX-XX-5141 | N/A | N/A | DEBTOR REFUND | 1337193 | 1/31/11 | $ 242.31 |

DATED: February 17, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0741484 00000 07414 1337193
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 01/31/2011                                                                Check No: 1337193
Payee: CLERK OF US BANKRUPTCY COURT

| 0741484 | Baron Fitzgerald White | | | 242.31 | 0.00 | 242.31 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79
611

CHECK NO. 1337193
SunTrust Bank

FOR   Baron Fitzgerald White
BK:0741484  ACCT:
PRIN:      242.31   INT:        0.00

DATE  Jan 31, 2011
AMOUNT
********242.31

PAY   242.31
Two Hundred Forty-Two And 31 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $242.31
VOID 90 DAYS AFTER DATE

TO
THE
ORDER
OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

Tammy L. Terry
Chapter 13 Trustee

07-41484-jt   Doc 69   Filed 02/24/11   Entered 02/24/11 12:53:53   Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                          CASE NO. 07-41484-TJT

Baron Fitzgerald White                     CHAPTER 13 PROCEEDINGS
                                           HON. THOMAS J. TUCKER

_____ Debtor _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to
entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter
13 in the above captioned matter. The checks were never negotiated. The trustee has made a good
faith effort to verify the correct mailing address for said entities and deliver the funds before
presenting this notice. More than sufficient time has passed for the checks to the creditor to be
negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names
and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the
above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern
District of Michigan, to effect closing of this estate.

**Attorney Information:**

**FREE BANKRUPTCY EVALUATION, P.C.**
**29200 NORTHWESTERN HWY #155**
**SOUTHFIELD, MI  48034**

**Last Known Address for Debtor:**

**BARON FITZGERALD WHITE**
**1431 WEST EUCLID AVE**
**DETROIT, MI  48206**

DATED: February 17, 2011            /s/ TAMMY L. TERRY_____
                                    TAMMY L. TERRY, STANDING
                                    CHAPTER 13 TRUSTEE
                                    535 GRISWOLD
                                    SUITE 2100